

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00333-CR
### NO. 02-11-00334-CR
### NO. 02-11-00335-CR

EX PARTE KENT ALTONIO
ROGERS

----------

### FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Kent Altonio Rogers attempts to appeal from the Texas Court of Criminal Appeals's denial of his application for writ of habeas corpus. On August 15, 2011, we notified Rogers of our concern that we lack jurisdiction over these appeals because this court has no jurisdiction to review decisions of the court of criminal appeals,[2] and we informed him that these appeals were subject to

----------

[1]See Tex. R. App. P. 47.4.

[2]See Tex. Code Crim. Proc. Ann. art. 11.07, § 3(a) (West Supp. 2010) (stating that "[a]fter final conviction in any felony case, the writ must be made

dismissal for want of jurisdiction unless he or any party desiring to continue these appeals filed a response with this court by August 25, 2011, showing grounds for continuing the appeals. *See* Tex. R. App. P. 44.3. Rogers filed a response, but it does not show grounds for continuing the appeals. Accordingly, we dismiss these appeals for want of jurisdiction.[3] *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 22, 2011

---

returnable to the Court of Criminal Appeals of Texas at Austin, Texas"); *accord* Tex. Const. art. V, § 5 (providing that court of criminal appeals has final appellate jurisdiction on all questions of law in criminal matters).

[3]To the extent that Rogers's response may be construed as a motion, it is denied.